11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

In re: 
Raymond Johnson

No. 
11-02-00271-CV B
Original Proceeding

 

Relator has filed in this court a joint
agreed motion to dismiss his petition for writ of mandamus.  Relator states that he and the real party in
interest have reached a settlement which includes all the claims in this
mandamus action.  The motion is signed
by both relator and the real party in interest.

The motion is granted, and the petition for
writ of mandamus is dismissed.

 

PER CURIAM

 

October 31, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.